UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| ELIZABETH WITHERS,<br><br>PLAINTIFF,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 2:16-cv-00504-NT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

NOW COME the parties to this action, through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, including claims for attorneys' fees, that were or could have been asserted therein, with prejudice and without costs.

Date: May 21, 2017                                Jointly submitted,


*/s/ Kristin L. Aiello*                            */s/ Shiloh D. Theberge*
Kristin L. Aiello, Esquire                        Shiloh D. Theberge, Esquire
kaiello@drme.org                                  stheberge@littler.com
Disability Rights Maine                           LITTLER MENDELSON, P.C.
24 Stone Street, Suite 204                        1 Monument Square, Suite 600
Augusta, Maine 04330                              Portland, Maine 04101
207.626.2774                                      207.699.1112

**CERTIFICATE OF SERVICE**

I, Kristin Aiello, hereby certify that I electronically filed the foregoing using the CM/ECF

System which will send notification to the following:

Shiloh D. Theberge, Esquire
stheberge@littler.com
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, Maine 04101
207.699.1112

Dated:  May 21, 2017

/s/ Kristin L. Aiello
Kristin L. Aiello, Esquire
kaiello@drme.org
Disability Rights Maine
24 Stone Street, Suite 204
Augusta, Maine 04330